UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>YAHOO! INC., et al.,<br><br>　　　　Defendants. | Case No:  C 13-5951 SBA<br><br>**DISMISSAL ORDER** |

　　　Ronald Satish Emrit ("Plaintiff"), proceeding pro se, brings the instant action against Yahoo! Inc. and Verizon Communications, Inc. alleging state law claims arising out of the sale of his personal account information to the National Security Agency and the Federal Bureau of Investigation.  Compl., Dkt. 1.  Plaintiff has also filed an application to proceed in forma pauperis ("IFP").  Dkt. 2.  On July 3, 2014, the Court issued an Order to Show Cause, ordering Plaintiff to show cause why this action should not be dismissed with prejudice for the filing of a false IFP application.  Plaintiff was directed to file a memorandum showing cause by no later than July 10, 2014.  Plaintiff was warned that the failure to comply with the Court's Order would result in the dismissal of this action with prejudice.  To date, Plaintiff has not filed a memorandum showing cause.  Accordingly, this action is DISMISSED with prejudice.  The Clerk shall close the file and terminate all pending matters.

　　　IT IS SO ORDERED.

Dated:  7/11/2014

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge